**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| JERI-MICHEL DUNCAN | ) | |
| | ) | Civil Action No.: |
| Plaintiff, | ) | |
| | ) | 1:25-CV-013 |
| v. | ) | |
| | ) | |
| BOYS & GIRLS CLUBS OF GREATER AUGUSTA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

**NOTICE OF SETTLEMENT**

---

Plaintiff Jeri-Michel Duncan ("Plaintiff") and Defendant Boys & Girls Clubs of Greater August, Inc. ("Defendant") (collectively "the Parties"), by and through their counsel, hereby notify the Court that the Parties have agreed to settle this matter. The Parties are in the process of administering the terms of the Settlement Agreement. Following payment under the Agreement, Plaintiff will file a notification of dismissal of this Action with prejudice.

Dated: March 31, 2025          Respectfully submitted,

THE KIRBY G. SMITH LAW FIRM, LLC
*s/Amanda M. Brookhuis*
Amanda Brookhuis
Georgia Bar No. 601396
Kirby G. Smith
Georgia Bar No. 250119

Attorneys for Plaintiff
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (678) 379-7945
amb@kirbygsmith.com

*/s/ Eric Magnus*
Eric R. Magnus
JACKSON LEWIS P.C.
Georgia Bar No. 801405
Attorney for Defendant
171 17th St. NW
Suite 1200
Atlanta, Georgia 30363
Phone: (404) 525-8200
Fax: (404) 525-1173
magnuse@jacksonlewis.com

- 2 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| JERI-MICHEL DUNCAN )<br><br>) | Civil Action No.: |
| Plaintiff, ) | |
| ) | 1:25-CV-013 |
| v. ) | |
| ) | |
| BOYS & GIRLS CLUBS OF GREATER ) | |
| AUGUSTA, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I certify that on March 31, 2025, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

*s/Amanda M. Brookhuis*
Amanda Brookhuis
Georgia Bar No. 601396

- 3 -