**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| JERI-MICHEL DUNCAN, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:25-CV-013 |
| BOYS & GIRLS CLUBS OF GREATER AUGUSTA, INC., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Jeri-Michel Duncan, by and through undersigned counsel, The Kirby G. Smith Law Firm, LLC, and hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted this 22nd day of April, 2025.

THE KIRBY G. SMITH LAW FIRM, LLC

s/Amanda M. Brookhuis
Amanda Brookhuis
Georgia Bar No. 601396

4488 North Shallowford Road
Suite 105
Atlanta, Georgia 30338
Phone: 844-454-7529
Fax: 877-352-6253
amb@kirbygsmith.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| JERI-MICHEL DUNCAN, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:25-CV-013 |
| BOYS & GIRLS CLUBS OF GREATER AUGUSTA, INC., | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed this Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 22nd day of April, 2025.

THE KIRBY G. SMITH LAW FIRM, LLC

s/Amanda M. Brookhuis
Amanda M. Brookhuis
Georgia Bar No. 601396
*Attorney for Plaintiff*